UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

In Re: LAKISHA R. FOLEY                                    CASE NO.04-62259-RBK

DEBTOR(S)                                                   CHAPTER 13

NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT

COMES NOW, Ray Hendren, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor filed for relief under Chapter 13 on Tuesday, October 5, 2004. The Debtor's plan has been confirmed by the Court on July 21, 2005.

2. Ge Capital Consumer Card Co, (the "Creditor") filed a proof of claim in this case. Disbursement checks to this creditor have been returned to the Trustee's office. The Trustee has attempted to locate the creditor but has been unsuccessful in his attempts.

3. The Trustee, therefore, believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code, as the creditor has failed to negotiate it's distribution checks.

4. The Trustee's check for $225.81, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure, the Trustee files the following list of all known names and addresses of the persons and the amounts to which they are entitled to be paid from the estate.

| Name and Address of Creditor | Amount of Disbursement Check |
|---|---|
| Ge Capital Consumer Card Co<br>Po Box 52051<br>Phoenix, AZ 85072-2051 | $225.81 |

Dated: November 18, 2009

/s/Ray Hendren
Ray Hendren
8310 Capital Of Tx Hwy N
Suite 475
Austin, TX 78731
(512) 474-6309

1

## UNITED STATES BANKRUPTCY COURT
### Western District of Texas
### Waco

IN RE:                                                                                             CASE NO.: **04-62259**
**Lakisha R. Foley**                                                                          CHAPTER 13

### CERTIFICATE OF SERVICE
----------------------------------------

I, Ray Hendren, hereby certify that a true and correct copy of the attached document was served upon the following parties via electronic means as listed on the Court's ECF noticing sytem or by regular mail on **November 18, 2009**.

---

Lakisha R. Foley
101 Purvis St Apt 2C
Waco, TX  76705-2049

John E Fugate
3640 West Waco Dr
Waco, TX  76710

Ge Capital Consumer Card Co
Po Box 52051
Phoenix, AZ  85072-2051

United States Trustee
903 San Jacinto
Suite 230
Austin, TX 79701


/s/ Ray Hendren
_____
Ray Hendren
CHAPTER 13 TRUSTEE
8310 Capital Of Tx Hwy N
Suite 475
Austin, Tx  78731