10
1/92)

TX-
(Rev'd

PAID

FILED
MAY 1 ~~ 2005
U.S. BANKRUPTCY COURT
BY_____DEPUTY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In re:  ) Case No. 02-53800C
 )
DEBBIE A. ESPARZA  ) Chapter 7
 )
 ) DEPOSIT OF SMALL DIVIDENDS
 )

The undersigned trustee reports:

___ The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

XXX More than ninety (90) days have passed since the Distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee remits herewith his/her check(s) in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: May 13, 2005

_____
JOHNNY W. THOMAS
Chapter 7 Trustee
1153 E. Commerce
San Antonio, TX 78205

# DIVIDEND REPORT

| | |
|---|---|
| **Case No:** 02-53800-C-7 | **Date Printed:** 5/12/2005 |
| **Case Name:** ESPARZA, DEBBIE A | **Check Number:** 10005 |
| **Trustee Name:** Johnny W. Thomas | **Check Date:** 12/22/2004 |

| Claim Number | Claimant Name | Amount Paid |
|---|---|---|
| 4 | GENERAL ELECTRIC CAPITAL CORPORATIO<br>c/o Mark Stromberg<br>Two Lincoln Centre<br>5420 LBJ Freeway, #300<br>Dallas, TX 75240 | $893.05 |

**Total Check Amount:** $893.05

# 93446