UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In re: §
§
**ESPARZA, DEBBIE A** § Case No. 02-53800-C-7
§
§
§
Debtor(s) § **REPORT OF DISTRIBUTION (FORM 4)**
Date Filed/Converted to Ch. 7: **08/09/2002 (f)**

The undersigned trustee reports:

1. All funds on hand have been disbursed in accordance with the trustee's Final Report Before Distribution and, if applicable, any order of the Court modifying such Final Report.

2. A summary of the distribution of gross receipts of $10,793.76 from liquidation of all property of the estate is as follows:

|  | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---|---|
| **GROSS RECEIPTS** | $10,793.76 | 100.00% |
| Less: |  |  |
| Funds Paid to Debtor |  |  |
| Exemptions | $0.00 | 0.00% |
| Excess Funds | $0.00 | 0.00% |
| Funds Paid to 3rd Parties | $0.00 | 0.00% |
| **NET RECEIPTS** | $10,793.76 | 100.00% |

|  | CLAIMS | AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| **SECURED CLAIMS** |  |  |  |
| Real Estate | $0.00 | $0.00 | 0.00% |
| Personal Property & Intangibles | $0.00 | $0.00 | 0.00% |
| Internal Revenue Service Tax Liens | $0.00 | $0.00 | 0.00% |
| Other Governmental Tax Liens | $0.00 | $0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| **PRIORITY CLAIMS:** |  |  |  |
| CHAPTER 7 ADMINISTRATIVE FEES § 507(a)(1) and CHARGES under Title 28, Chapter 123: |  |  |  |
| Trustee Fees | $1,829.38 | $1,829.38 | 16.95% |
| Trustee Expense | $556.34 | $556.34 | 5.15% |
| Legal Fee & Expenses |  |  |  |
| Trustee's Firm Legal Fees | $0.00 | $0.00 | 0.00% |
| Trustee's Firm Legal Expenses | $0.00 | $0.00 | 0.00% |
| Other Firm's Legal Fee | $0.00 | $0.00 | 0.00% |
| Other Firm's Legal Expense | $0.00 | $0.00 | 0.00% |
| Accounting Fees and Expenses |  |  |  |
| Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
| Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Other Firm's Accounting Fees | $255.00 | $255.00 | 2.36% |
| Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Real Estate Commissions | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |

| | | | |
|---|---|---|---|
| Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
| Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
| Expenses of Operating Business in Chapter 7 | $0.00 | $0.00 | 0.00% |
| Other Expenses | $5.45 | $5.45 | 0.05% |
| Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
| Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
| U.S. Trustee Fees | $0.00 | $0.00 | 0.00% |
| Court Costs | $0.00 | $0.00 | 0.00% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & EXPENSES** | $2,646.17 | $2,646.17 | 24.51% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES § 507(a)(1) (From attached Part B)** | $0.00 | $0.00 | 0.00% |
| WAGES § 507(a)(3) | $0.00 | $0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS § 507(a)(4) | $0.00 | $0.00 | 0.00% |
| ALIMONY & CHILD SUPPORT § 507(a)(7) | $0.00 | $0.00 | 0.00% |
| CLAIMS OF GOVERNMENT UNITS § 507(a)(8) | $0.00 | $0.00 | 0.00% |
| OTHER § 507(a)(2),(5),(6) & (9) | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS § 507(a)(3) to § 507(a)(9)** | $0.00 | $0.00 | 0.00% |
| **GENERAL UNSECURED CLAIMS** | $19,363.64 | $8,147.59 | 75.48% |
| **TOTAL DISBURSEMENTS** | $22,009.81 | $10,793.76 | 100.00% |

**Part B**

| | CLAIMS | AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1) | | | |
| Trustee Fees | $0.00 | $0.00 | 0.00% |
| Trustee Expenses | $0.00 | $0.00 | 0.00% |
| Legal Fees & Expenses | | | |
| Trustee's Firm Legal Fees | $0.00 | $0.00 | 0.00% |
| Trustee's Firm Legal Expenses | $0.00 | $0.00 | 0.00% |
| Other Firm's Legal Fees | $0.00 | $0.00 | 0.00% |
| Other Firm's Legal Expenses | $0.00 | $0.00 | 0.00% |
| Accounting Fees and Expenses | | | |
| Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
| Trustee's Firm Accounting Expense | $0.00 | $0.00 | 0.00% |
| Other Firm's Accounting Fees | $0.00 | $0.00 | 0.00% |
| Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Real Estate Commissions | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
| Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
| Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
| Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
| Operating Expenses | $0.00 | $0.00 | 0.00% |
| Other Expenses | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $0.00 | $0.00 | 0.00% |

3. All estate bank statements, deposit slips, and cancelled checks have been submitted to the United States Trustee.

4. The undersigned trustee certifies, under penalty of perjury, that all funds have been distributed consistent with the Final Report Before Distribution and any amends thereto, and that all checks have been negotiated, or any remaining estate monies have been paid into the court, and that the estate has been fully administered.

5. The undersigned Trustee certifies that on this date, the original and three copies of this report were mailed to the United States Trustee for review, and a copy was mailed to the debtor(s) and to the counsel for the debtor(s).

Dated: _____  _____

/s/Johnny W. Thomas, Trustee