WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION

IN RE: HAROLD P GARZA and NORMA ANN GARZA  CASE No.
    9139 RIDGE BREEZE

                                                                                                               98-5-4164C

    SAN ANTONIO TX           78250-0000

## FINAL REPORT AND ACCOUNT

This Case was          The Plan was          The Case was
commenced on  Aug 28, 1998   confirmed on Feb  4, 1999   concluded on Oct 10, 2003

THIS CASE IS COMPLETED .
    Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for the benefit of
      creditors.                                                                                      $ 45000.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| BANK OF AMERICA | UNSECURED | 2928.00 | 575.68 | .00 | 2352.32 |
| BASS & ASSOCIATES PC | UNSECURED | 1884.20 | 370.46 | .00 | 1513.74 |
| BEALLS | NOT FILED | .00 | .00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2030.99 | 399.31 | .00 | 1631.68 |
| DORA R GARZA | NOT FILED | .00 | .00 | .00 | .00 |
| EDGEWOOD FEDERAL CRD UN NCUA | UNSECURED | 3803.75 | 747.89 | .00 | 3055.86 |
| FIRST USA BANK | UNSECURED | 5823.76 | 1145.02 | .00 | 4678.74 |
| FIRSTMARK CREDIT UNION | SECURED | 5586.06 | 5586.06 | 698.37 | .00 |
| FIRSTMARK CREDIT UNION | UNSECURED | 1928.78 | 379.22 | .00 | 1549.56 |
| FOLEYS | UNSECURED | 493.76 | 97.07 | .00 | 396.69 |
| FOLEYS | NOT FILED | .00 | .00 | .00 | .00 |
| GE CAPITAL CONSUMER CARD CO | UNSECURED | 3944.57 | 328.95 | .00 | 3615.62 |
| GENERAL MOTORS ACCEPTANCE CORP | UNSECURED | 14219.26 | 2795.62 | .00 | 11423.64 |
| GMAC | UNSECURED | 3020.15 | 593.77 | .00 | 2426.38 |
| INTERNAL REVENUE SERVICE | NOT FILED | .00 | .00 | .00 | .00 |
| INTERNATIONAL MAGAZINE | NOT FILED | .00 | .00 | .00 | .00 |
| MAX FLOW CORPORATION | UNSECURED | 15862.31 | 3118.66 | .00 | 12743.65 |
| MAX RECOVERY INC | SECURED | 520.22 | 520.22 | 55.59 | .00 |
| MAX RECOVERY INC | UNSECURED | 5814.27 | 1143.13 | .00 | 4671.14 |
| MAX RECOVERY INC | UNSECURED | 4144.24 | 814.82 | .00 | 3329.42 |
| MAX RECOVERY INC | UNSECURED | 10907.09 | 2144.41 | .00 | 8762.68 |
| MAX RECOVERY INC | UNSECURED | 8398.02 | 1651.11 | .00 | 6746.91 |
| MAX RECOVERY INC | UNSECURED | 1975.06 | 388.32 | .00 | 1586.74 |
| MAX RECOVERY INC | UNSECURED | 2086.46 | 410.22 | .00 | 1676.24 |
| MONTGOMERY WARD | NOT FILED | .00 | .00 | .00 | .00 |
| MONTGOMERY WARD | NOT FILED | .00 | .00 | .00 | .00 |
| RESURGENT ACQUISITION LLC | UNSECURED | 1277.36 | 251.15 | .00 | 1026.21 |
| RESURGENT ACQUISITION LLC | UNSECURED | 5098.68 | 1002.44 | .00 | 4096.24 |
| RESURGENT CAPITAL SERVICES | UNSECURED | 2151.12 | 422.93 | .00 | 1728.19 |
| RESURGENT CAPITAL SERVICES | UNSECURED | 2897.45 | 569.66 | .00 | 2327.79 |
| RESURGENT CAPITAL SERVICES | UNSECURED | 3587.26 | 705.28 | .00 | 2881.98 |
| U S ATTORNEYS OFFICE/ IRS | NOT FILED | .00 | .00 | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE

```
                    IN THE UNITED STATES BANKRUPTCY COURT
                 WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION

IN RE: HAROLD P GARZA and NORMA ANN GARZA                  CASE No.
       9139 RIDGE BREEZE
                                                           98-5-4164C
       SAN ANTONIO TX          78250-0000

                          FINAL REPORT AND ACCOUNT

--------------------------------------------------------------------------------
DISBURSEMENTS TO CREDITORS    CLASS         AMOUNT      AMOUNT PAID      BALANCE
        CREDITOR'S NAME                    ALLOWED   PRINCIPAL  INTEREST    DUE
--------------------------------------------------------------------------------
U S BANKRUPTCY CLERK          US TREASU    446.59     446.59       .00      .00
US ATTORNEY GENERAL/IRS       NOT FILED       .00        .00       .00      .00
WELLS FARGO HOME MORTGAGE     DIR.- PAY  56332.34        .00       .00      .00
WELLS FARGO HOME MORTGAGE     SECURED      512.77     512.77    119.11      .00
WELLS FARGO/ NORWEST          SECURED     9523.49    9523.49   2550.73      .00
HAROLD P GARZA                REFUND        38.83      38.83

SUMMARY OF CLAIMS ALLOWED AND PAID
--------------------------------------------------------------------------------
         SECURED    PRIORITY    GENERAL      LATE     SPECIAL     TOTAL
                                                              ----------TOTAL PAID
AMT ALL. 72474.88       .00  104723.13               38.83  177236.84  PRINCIPAL
PRIN PD  16142.54       .00   20501.71               38.83   36683.08  AND INT.
INT PAID  3423.80       .00        .00                        3423.80   40106.88
--------------------------------------------------------------------------------

OTHER DISBURSEMENTS UNDER ORDER OF COURT:
        DEBTOR'S ATTORNEY                  FEE ALLOWED     FEE PAID
PAUL W ROSENBAUM                              1800.00      1800.00
--------------------------------------------------------------------------------
COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

FILING FEE     ADDITIONAL CHARGES           TRUSTEE          OTHER
             ----------------------       -------------------
& DEPOSIT    1% OF     .25 EA CLAIM       EXP. & COMPENSATION  COST
             RECEIPTS   OVER 20               FUND
---------    --------  ------------       -------------------  --------
    .00                                       3021.14          71.98   3093.12


     WHEREFORE, your Petitioner prays that a Final Decree be entered discharging
your Petitioner as Trustee and releasing your Petitioner and the Trustee's sure-
ty from any and all liability on account of the within proceedings, and  closing
the estate, and for such other and further relief as is just.


                                       /S/
                                       _____
                                       MARION A OLSON JR
                                       1020 NE LOOP 410 #800
                                       SAN ANTONIO TX
                                                              78209-0000
```