UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
Austin Division

| | | |
|---|---|---|
| In re: | § | Case No. 95-12207-FRM-7 |
| | § | |
| HARMONY DRILLING COMPANY INC | § | Chapter 7 |
| | § | |
| | § | |
| | § | |
| Debtor(s). | § | |

**PAID**
~~3-17-08~~ 3,457.33
1007784 2

## DEPOSIT OF SMALL OR UNCLAIMED DIVIDENDS

The undersigned trustee reports: ____
____ The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

_X_ More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Therefore, pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee remits herewith his/her check(s) in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: October 8, 2008

C. DANIEL ROBERTS, Trustee
CHAPTER 7 TRUSTEE
1602 EAST CESAR CHAVEZ
AUSTIN, TX 78702
(512) 494-8448

## CERTIFICATE OF REVIEW

I have reviewed the Trustee's Deposit of Small/Unclaimed Dividends.

UNITED STATES TRUSTEE

Date: 10-17-08    By: _____
                        Paralegal Specialist

# **EXHIBIT "A"**

PLEASE CHECK ONE:

____ Small Dividends

_X__ Unclaimed Dividends

| **Name and Address** | **Claim No.** | **Amount** |
|---|---|---|
| William G. West<br>c/o Gaines West<br>1515 Emerald Plaza<br>College Station, TX 77845 | 000058 | $2,593.33 |
| General Electric Capital Corporation<br>Exxon/GECC<br>PO Box 29120<br>Shawnee Mission, KS 66201 | 000024 | $516.98 |
| Southwestern Bell Telephone<br>One Bell Plaza, Room 0750<br>PO Box 655521<br>Dallas, TX 75265 | 000051 | $347.02 |